IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. UNITED STATES OF AMERICA

   Plaintiff,

v.

1. $80,000 IN UNITED STATES CURRENCY,

   Defendant.

Civil No. 24-CV-303-CDL

**United States Verified Civil Complaint for Forfeiture In Rem**

Plaintiff, United States of America, by and through Reagan V. Reininger, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

### Nature of the Action

1. This is a civil forfeiture action against $80,000 in United States currency (the "defendant property") that is proceeds or property facilitating violations of the 18 U.S.C. § 1956 (money laundering), and violations of the drug control laws of the United States, 21 U.S.C. § 801, *et seq.*, that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1) and 21 U.S.C. § 881(a).

### The Property In Rem

2. The defendant property is $80,000 in United States currency seized by law enforcement on December 29, 2023 from a vehicle driven by Chiehye Alexander

Chuang in the Northern District of Oklahoma. The defendant property is presently in the custody of the United States Marshals Service for the Northern District of Oklahoma. Pursuant to Supplemental Rule G(3)(b)(i), "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

### Jurisdiction and Venue

3. The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. §1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because acts or omissions giving rise to the forfeiture occurred in this district, and 28 U.S.C. § 1395 because the defendant property is located in this district.

### Basis for Forfeiture

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it (a) is money furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or (b) is proceeds traceable to such an exchange; and/or (c) is money used or intended to be used to facilitate a violation of the drug control laws of the United States.

7. The defendant property is subject to forfeiture pursuant to 18 USC §§ 981(a)(1)(A) and (C) because it is property involved in a transaction or attempted transaction and/or property constituting or derived from proceeds traceable to a specified unlawful activity or a conspiracy to commit such offense.

### Facts

8. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are set forth in the affidavit of Special Agent Alan Frank and incorporated herein by reference.

9. Ethen Dang Nguyen owns and operates We Cellphones, located at 9115 North Council Road, Oklahoma City, Oklahoma.

10. Ethen Dang Nguyen purchases cell phones in bulk and re-sells the phones to buyers in Hong Kong.

11. Ethan Dang Nguyen travels throughout the United States to pick up currency from unknown individuals who receive wired funds on behalf of individuals in Hong Kong.

12. Ethan Dang Nguyen deposits bulk currency into financial institutions and transfers the funds to other financial accounts before the funds are later withdrawn.

13. Ethen Dang Nguyen paid Chiehye Alexander Chuang on multiple dates to transport bulk currency for him.

14. On November 29, 2023, Ethen Dang Nguyen paid Chiehye Alexander Chuang $100 to drive to Tulsa, Oklahoma to receive the defendant property from Timmy Nguyen and Tina Nguyen. Ethen Dang Nguyen also provided Chiehye Alexander Chuang with a single dollar bill to confirm his identity with the individuals he was meeting.

15. On November 29, 2023, Tam Duc Nguyen a/k/a "Timmy Nguyen" and Trinh Nguyen a/k/a "Tina Nguyen" conspired with others to conceal proceeds of drug trafficking and knowingly transported the defendant property from their residence at 1510 East 67th Street, Tulsa, Oklahoma and in the Northern District of Oklahoma to a parking lot at the Tulsa Hills Shopping Center.

16. At the Tulsa Hills Shopping Center parking lot, Chiehye Alexander Chuang provided Timmy Nguyen with a dollar bill with numbers to review.

17. After reviewing the dollar bill from Chiehye Alexander Chuang, Timmy Nguyen placed the defendant property in Chiehye Alexander Chuang's vehicle.

18. Chiehye Alexander Chuang drove the defendant property away from the Tulsa Hills Shopping Center and was stopped by law enforcement on I-44.

19. The defendant property was concealed in a United States Postal Service box and further concealed under a blanket in Chiehye Alexander Chuang's vehicle.

20. On November 29, 2023, a search warrant was executed at the residence located at 1510 East 67th Street, Tulsa, Oklahoma and fentanyl, cocaine, drug distribution

paraphernalia, firearms and bulk currency was located. This is the residence of Hong Thao Thi Nguyen, a/k/a Thao Murphy, Tait Jaco, Timmy Nguyen and Tina Nguyen.

21. Tait Jaco admitted to law enforcement he resided at the residence and possessed drugs with the intent to sell. Jaco further admitted to conspiring with Thao Murphy and others to send drug trafficking proceeds to individuals in Mexico.

22. On March 18, 2024, Thoa Murphy, Tait Jaco, Timmy Nguyen and Tina Nguyen were indicted in the Northern District of Oklahoma with violations of the Controlled Substances Act, including Drug Conspiracy.

23. On April 23, 2024, Tait Jaco plead guilty to Count Three of the Superseding Indictment, admitting that he knowingly and intentionally possessed cocaine, a schedule II substance, with the intent to distribute.

24. On May 14, 2024, Timmy Nguyen pleaded guilty to Count One of an Information, admitting that he conspired with Tina Nguyen, Thao Murphy and others to commit money laundering and that he transported the defendant property from his residence and delivered it to Chiehye Alexander Chuang for the sole purpose of concealing and disguising known drug trafficking money.

25. On May 14, 2024, Tina Nguyen pleaded guilty to Count One of an Information, admitting that she conspired with Timmy Nguyen, Thao Murphy and others to commit money laundering and that she transported the defendant property from her

residence and delivered it to Chiehye Alexander Chuang for the sole purpose of concealing and disguising known drug trafficking money.

## Conclusion

WHEREFORE, the United States requests that the Clerk of the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the $80,000 in United States currency pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

The United States requests that: (a) the $80,000 in United States currency be forfeited to the United States for disposal according to law, and (b) the United States be awarded its costs and disbursements in this action and all other relief to which it is entitled.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

6

## **VERIFICATION**

I, Alan Frank, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Tulsa, Oklahoma, this 25th day of June, 2024.

_____
Alan Frank, Special Agent
Drug Enforcement Administration

## SUPPORTING AFFIDAVIT

STATE OF OKLAHOMA  )
                   )  ss
COUNTY OF TULSA    )

I, Alan Frank, duly sworn, state the following:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA). I have been employed in this capacity since May 2021. I am currently assigned to the Tulsa Resident Office (TRO), in Tulsa, Oklahoma. I am classified and trained as a Federal Law Enforcement Officer, with federal statutory arrest authority.

2. As a Special Agent with DEA, I am vested with the authority to investigate violations of Federal laws including Title 18, Title 21, and Title 26 of the United States Code. The facts contained in this affidavit were discovered by me or related to me by other Law Enforcement Officers named herein.

### Property Sought for Forfeiture

3. This affidavit is submitted in support of a Civil Complaint for Forfeiture against $80,000 in United States currency.

4. The asset listed above is subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

### Facts and Circumstances

5. In August 2021, DEA began an investigation of a drug trafficking organization for the distribution of methamphetamine and fentanyl in the Northern District of Oklahoma. During the course of the investigation, agents identified the residence of

Hong Thao Thi Nguyen a/k/a Thao MURPHY, Tam Duc Nguyen a/k/a TIMMY NGUYEN and Trinh Nguyen a/k/a TINA NGUYEN, located at 1510 East 67th Street, Tulsa, Oklahoma ("the residence"), to be a location used to store bulk quantities of fentanyl and currency.

6. On November 29, 2023, agents observed TIMMY and TINA NGUYEN exit the residence carrying a United States Postal Service ("USPS") parcel package and depart in a Lexus SUV. Agents observed the Lexus SUV drive to a parking lot in the Tulsa Hills Shopping Center.

7. Agents observed TIMMY NGUYEN exit the Lexus and approach the passenger window of a Toyota Camry parked nearby. Agents observed TIMMY NGUYEN return to the Lexus and retrieve the USPS parcel package from the rear passenger seat and then place the USPS parcel package in the front passenger seat of the Toyota Camry. TIMMY NGUYEN returned to the Lexus and drove back to the residence.

8. Agents advised local law enforcement of the Toyota Camry. An OBN agent observed the Toyota Camry driving westbound on I-44. The agent conducted a traffic stop. The driver and sole occupant was identified as Chiehye Alexander CHUANG. Investigators determined that the Toyota Camry was registered to CHUANG.

9. During the traffic stop, agents detected a strong odor of marijuana. A K-9 unit was deployed and alerted on the Toyota Camry. Agents executed a search of the Toyota Camry and located the USPS parcel package agents observed TIMMY NGUYEN place in the backseat while in the Tulsa Hills parking lot. The USPS parcel

2

package was concealed under a blanket in the backseat. The parcel package contained several rubber-banded bundles of U.S. currency, totaling $80,000.

10. Agents advised CHUANG of his rights and CHUANG agreed to speak with the agents. CHUANG advised that he lives in Oklahoma City, Oklahoma and was sent to Tulsa, Oklahoma by his uncle to pick up the bulk currency. He advised that his uncle, Truong Nguyen a/k/a ETHEN DANG NGUYEN, owns a business called "We Cellphone" in Oklahoma City, Oklahoma that deals in broken cell phones.

11. CHUANG advised agents that ETHEN DANG NGUYEN paid him $100 to pick up the bulk currency. He advised that he has picked up bulk currency one previous time for ETHEN DANG NGUYEN. He further advised that ETHEN DANG NGUYEN gave him a dollar bill with numbers on it to show the person he is meeting. He advised that after reviewing the numbers on the dollar bill, he is given the bulk currency to return to ETHEN DANG NGUYEN in Oklahoma City, Oklahoma. Based on training and experience, Affiant is aware this is a common money pickup strategy used by drug trafficking organizations where identifiers or markings on a bill of currency is used as a "token" to identify the individual whom couriers are to deliver currency to.

12. CHUANG disclaimed any interest in the seized bulk currency during the traffic stop.

13. During the investigation, agents learned that ETHEN DANG NGUYEN owns and operates We Cellphones LLC, located at 9115 North Council Road, Oklahoma City, Oklahoma. Agents learned that ETHEN DANG NGUYEN purchases cell phones in bulk and re-sells the phones to buyers in Hong Kong.

14. During the investigation, agents learned that ETHEN DANG NGUYEN travels throughout the United States to pick up bulk currency from unknown individuals who receive wired funds on behalf of an individual in Hong Kong.

15. Through the investigation, agents have identified ETHEN DANG NGUYEN depositing bulk U.S. currency at financial institutions and later transferring the bulk U.S. currency to other financial accounts before withdrawing the funds.

16. A few hours after observing TIMMY and TINA NGUYEN deliver the USPS parcel package to CHUANG, DEA agents executed a search warrant at the residence of Thao MURPHY, Tait Hunter JACO, TIMMY NGUYEN and TINA NGUYEN. JACO was present at the residence and agents determined JACO and his girlfriend Hong Thao Thi Nguyen a/k/a Thao MURPHY also reside at the residence. JACO advised that TIMMY and TINA NGUYEN invited to the residence about a week prior by MURPHY. Agents located and seized approximately 98.5 grams of cocaine, a money counting machine, digital scales, vacuum sealed bags, a money ledger, several firearms, and U.S. currency and counterfeit currency.

17. During an interview, JACO admitted to agents that he and MURPHY are involved in drug trafficking and he possessed the drugs located at the residence with the intent to sell. JACO identified storage units used to store bulk quantities of narcotics. JACO further admitted that MURPHY works for the cartels and he conspires with her and others to send drug proceeds to individuals in Mexico.

18. TINA NGUYEN admitted to agents that she was provided the USPS parcel package by MURPHY and was directed to deliver it to an unknown person at the Tulsa

Hills Shopping Center. She believed the contents of the parcel package was drug proceeds.

19. Based upon the information set forth herein, as well as training, experience, and knowledge of this investigation, Affiant has probable cause to believe that the $80,000 U.S. currency is the proceeds of and/or is facilitating property in violation of 18 U.S.C. § 1956(h) (Money Laundering Conspiracy) and 21 U.S.C. §§ 841 (Distribution of Drugs), 844 (Drug Possession), 846 (Drug Conspiracy), and 856 (Maintaining a Drug Involved Premise) and is subject to forfeiture pursuant to 21 U.S.C. §§ 881(a).

                                            Alan Frank, Special Agent
                                            Drug Enforcement Administration

Subscribed and sworn to before me this 25th day of June 2024.

(seal)                                NOTARY PUBLIC, State of Oklahoma

PAM KUCH
NOTARY
# 01011541
EXP. 07/11/25
STATE OF OKLAHOMA
PUBLIC